IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Oriental Fleet Tanker 02 Limited, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No.: _____ |
| M/V FOLEGANDROS, *in rem*, and Folegandros Shipping Corporation, | § § § | In Admiralty, Rule 9(h) |
| Defendants. | § § | |

## VERIFICATION OF COMPLAINT
## BY ORIENTAL LIMITED TANKER 02 LIMITED

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is __Li Bing__. I am over the age of 21, of sound mind, and have never been convicted of a felony. I am a director of Oriental Fleet Tanker 02 Limited ("**Plaintiff**"), and am authorized to make this verification on Plaintiff's behalf.

2. I have read the foregoing complaint and its exhibits and know the contents thereof.

3. Based upon my own personal knowledge and upon documents and correspondence kept in the ordinary course of business, the information contained therein is true and correct.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __26__ day of __January__, 2021.

Name: Li Bing
Title: Director