# EXHIBIT C

ΕΛΛΗΝΙΚΗ  ΔΗΜΟΚΡΑΤΙΑ
REPUBLIC OF GREECE

AMYEN
GRC 200 001 424

ΥΠΟΥΡΓΕΙΟ ΕΜΠΟΡΙΚΗΣ ΝΑΥΤΙΛΙΑΣ - ΑΙΓΑΙΟΥ ΚΑΙ ΝΗΣΙΩΤΙΚΗΣ ΠΟΛΙΤΙΚΗΣ
MINISTRY OF MERCANTILE MARINE - AEGEAN & ISLAND POLICY

## ΕΓΓΡΑΦΟ ΕΘΝΙΚΟΤΗΤΑΣ
## CERTIFICATE OF NATIONALITY

### ΒΕΒΑΙΩΝΕΤΑΙ
### THIS IS TO CERTIFY

με το παρόν ότι το εμπορικό πλοίο, που περιγράφεται πιο κάτω:
That the merchant vessel described below:

| ΟΝΟΜΑ NAME | (α) Δ.Δ.Σ. INTERNATIONAL CALL LETTERS ΚΑΙ / AND (β) Δ.Σ.Π. M.M.S.I. | ΑΡΙΘΜΟΣ ΙΜΟ IMO NUMBER | ΛΙΜΑΝΙ ΝΗΟΛΟΓΗΣΗΣ PORT OF REGISTRY | ΑΡΙΘ. ΝΗΟΛΟΓΙΟΥ REGISTER NUMBER | ΤΥΠΟΣ ΠΛΟΙΟΥ TYPE OF SHIP |
|---|---|---|---|---|---|
| "ΦΟΛΕΓΑΝΔΡΟΣ" "FOLEGANDROS" | (α) SVDB7 (β) 241628000 | 9800568 | ΠΕΙΡΑΙΑΣ PIRAEUS | 12612 | Δ/Ξ TANKER |

| ΥΛΙΚΟ ΚΑΤΑΣΚΕΥΗΣ ΣΚΑΦΟΥΣ MATERIAL OF CONSTRUCTION | ΑΡΙΘΜΟΣ ΚΑΙ ΤΥΠΟΣ ΠΡΟΩΣΤΗΡΙΩΝ ΜΗΧΑΝΩΝ NUMBER AND TYPE OF PROPULSION MACHINERY | ΙΠΠΟΔΥΝΑΜΗ HORSEPOWER |
|---|---|---|
| ΧΑΛΥΒΑΣ STEEL | ΜΙΑ (1) ΜΕΚ DOOSAN-MAN B&W 6G60ME-C9.5 TIER II ΟΝΕ (1) ICE | 18104 BHP |

έχει καταμετρηθεί σύμφωνα με τις διατάξεις της Διεθνούς Σύμβασης του 1969
has been measured in accordance with Regulations of the International
περί καταμετρήσεως της χωρητικότητας των πλοίων, όπως προκύπτει από
convesion on tonnage measurement of ships 1969, as per certificate
το πιστοποιητικό καταμέτρησης που εκδόθηκε από τον ΑΓΓΛΙΚΟ ΝΗΟΓΝΩΜΟΝΑ την 05.03.2018
of measurement issued by LLOYDS REGISTER on the 05.03.2018
και έχει τα ακόλουθα στοιχεία:
and has the following particulars:

| ΧΩΡΗΤΙΚΟΤΗΤΑ TONNAGE | Ολική gross (g.t.) 62508 Καθαρή Net (n.t.) 33578 |
|---|---|
| ΔΙΑΣΤΑΣΕΙΣ DIMENSIONS | Μήκος Length: 243,90 m Πλάτος Breadth: 43,97 m Κοίλο στη μέση του πλοίου μέχρι το ανώτερο κατάστρωμα Moulded depth amidships to upper deck: 21,91 m |
| ΠΛΟΙΟΚΤΗΤΗΣ OWNER | ΟΝΟΜΑ - ΔΙΕΥΘΥΝΣΗ NAME - ADDRESS "ORIENTAL FLEET TANKER 02 LIMITED" (BRITISH VIRGIN ISLANDS) 100% |

Το παραπάνω πλοίο που καταχωρήθηκε στα Ελληνικά Νηολόγια επιτρέπεται να φέρει την Ελληνική Σημαία.
The vessel has been registered in the Greek Registry and is permitted to fly the Greek Flag.

ΜΕ ΤΗ ΝΗΟΛΟΓΗΣΗ ΕΚΔΟΘΗΚΕ ΤΟ ΠΑΡΟΝ ΕΓΓΡΑΦΟ

ΠΕΙΡΑΙΑΣ 12 ΜΑΡΤΙΟΥ 2019
Dated at PIRAEUS on the 12 day of MARCH 2019

The Registrar

ΣΠΥΡΟΠΟΥΛΟΣ ΘΩΜΑΣ
ΠΛΩΤΑΡΧΗΣ Λ.Σ.

Κ.Α. 732 ΚΑΤΑΣΚΕΥΗΣ 2009

ΣΠΥΡΟΠΟΥΛΟΣ ΘΩΜΑΣ
ΠΛΩΤΑΡΧΗΣ Λ.Σ.

ΚΕΝΤΡΙΚΟ ΛΙΜΕΝΑΡΧΕΙΟΝ ΠΕΙΡΑΙΩΣ
ΤΜΗΜΑ ΝΗΟΛΟΓΙΩΝ - Ν. ΥΠΟΘΗΚΩΝ

ΤΟ Δ/Ξ "ΦΟΛΕΓΑΝΔΡΟΣ" Ν.Π. 12162
ΕΙΝΑΙ ΠΡΩΗΝ ΝΑΥΠΗΓΟΥΜΕΝΟ ΜΕ Η.Ν.: Η1426
ΠΕΙΡΑΙΑΣ 12 ΜΑΡΤΙΟΥ 2019

Ο ΝΗΟΛΟΓΟΣ-



ΣΠΥΡΟΠΟΥΛΟΣ ΘΩΜΑΣ
ΠΛΩΤΑΡΧΗΣ Λ.Σ.



ΚΑΤ/ΘΗΚΕ
Για την χαρτοσήμανση του παρόντος
κατατέθηκαν (α με αριθμ. 1) 2554/39
0.5959 ........................Παράβολο
Τελών Χαρτοσήμου Υπέρ Δημοσίου 2)
..........Απόδειξη Είσπραξης
ΕΤΕ υπέρ του Ε.Τ.Π. ΘΙΚΛΕ 3741 2554/4869959
Πειραιάς 12-03-2019
Η ΓΡΑΜΜΑΤΕΑΣ

Χρυσή ΣΤΡΑΤΙΔΑΚΗ
Κελευστής Λ.Σ.