# EXHIBIT G

| | |
|---|---|
| **From:** | Josh Li <josh.li@ofi.com.hk> |
| **Sent:** | Sunday, May 31, 2020 11:50 PM |
| **To:** | CFO - Eletson HQ; alexandra.pappa@eletson.com |
| **Cc:** | finance@eletson.com; huang.wei2@coscoshipping.com; Shawn Huang; Wayne Liu; Raina Jia; Thomas Xing; zheng.dong@coscoshipping.com; Elena.Tzarouchi@eletson.com; Zeng De Yuan; paschalis.radopoulos@eletson.com; bu.lihuan@coscoshipping.com; vassilis.kertsikoff@eletson.com; ye.kaiming@coscoshipping.com; vasilis.hadjieleftheriadis@eletson.com; lascarina.karastamati@eletson.com; elena.vandorou@eletson.com; xu.ying@coscoshipping.com |
| **Subject:** | RE: Eletson Charter Hire Payment OLDMSG#:<2626572> ** MSG#:<2639196> |
| **Importance:** | High |

Dear Peter and Eletson Team,

Morning.

As the Handling Charge for "adjust M/V Folegandros and M/V Kastelorizo's charterhire payment from monthly in advance to monthly in arrear" is received, we hereby confirm aforesaid adjustment will be valid from May/2020 to November/2020. Please make sure that all the hire payments will be timely and fully arranged.

Please note that such adjustment is ONLY a provisional measure held by OFI in good faith. It should NOT be considered as a customary action. And such adjustment does NOT change any Charterers and Guarantors' resonsibility under the existing contract and project related document. OFI and Owners reserve all rights.

Thanks and best regards.

李 耿/LI Geng, Josh

Direct Line: 852-2902 1349

Cell Phone: 852-9053 0369 / 86-152 1795 8812

E-mail: li.geng@coscoshipping.com
   josh.li@ofi.com.hk

发件人: CFO - Eletson HQ <peter.kanelos@eletson.com>
发送时间: 2020年5月19日星期二 下午7:14
收件人: Josh Li <josh.li@ofi.com.hk>; alexandra.pappa@eletson.com
抄送: finance@eletson.com; huang.wei2@coscoshipping.com; Shawn Huang <shawn.huang@ofi.com.hk>; Wayne Liu <wayne.liu@ofi.com.hk>; Raina Jia <raina.jia@ofi.com.hk>; chen.chuying@coscoshipping.com; Thomas Xing <thomas.xing@ofi.com.hk>; zheng.dong@coscoshipping.com; Elena.Tzarouchi@eletson.com; Zeng De Yuan <zeng.deyuan@ofi.com.hk>; paschalis.radopoulos@eletson.com; bu.lihuan@coscoshipping.com; vassilis.kertsikoff@eletson.com; ye.kaiming@coscoshipping.com; vasilis.hadjieleftheriadis@eletson.com; lascarina.karastamati@eletson.com; elena.vandorou@eletson.com
主题: RE: Eletson Charter Hire Payment OLDMSG#:<2626572> ** MSG#:<2639196>

| | |
|---|---|
| **Message Number:** 2639196 | |
| **From:** peter.kanelos@eletson.com | |

**To:** josh.li@ofi.com.hk, alexandra.pappa@eletson.com
**Cc:** finance@eletson.com, huang.wei2@coscoshipping.com, shawn.huang@ofi.com.hk, wayne.liu@ofi.com.hk, raina.jia@ofi.com.hk, chen.chuying@coscoshipping.com, thomas.xing@ofi.com.hk, zheng.dong@coscoshipping.com, Elena.Tzarouchi@eletson.com, zeng.deyuan@ofi.com.hk, paschalis.radopoulos@eletson.com, bu.lihuan@coscoshipping.com, vassilis.kertsikoff@eletson.com, ye.kaiming@coscoshipping.com, Hadjieleftheriadis Vasilis (VAH) (vasilis.hadjieleftheriadis@eletson.com), Karastamati Lascarina (LJK) (lascarina.karastamati@eletson.com), Vandorou Elena (EPV) (elena.vandorou@eletson.com)
**Sent:** Tuesday, May 19, 2020 14:13 (UTC +03:00)
**Subject:** RE: Eletson Charter Hire Payment ** MSG#:<2626572>

Dear Josh and Cosco/OFI team,

Thank you to everyone for your continued support, which is greatly appreciated. The Company will make sure to pay the attached invoices as soon as possible.

Kind regards,

Peter

_____Original Message_____

**Message: 11620978**

**From:** Josh Li <josh.li@ofi.com.hk>
**To:** CFO - Eletson HQ <peter.kanelos@eletson.com>,"alexandra.pappa@eletson.com" <alexandra.pappa@eletson.com>
**Cc:** "vassilis.kertsikoff@eletson.com" <vassilis.kertsikoff@eletson.com>,"Elena.Tzarouchi@eletson.com" <Elena.Tzarouchi@eletson.com>,finance <finance@eletson.com>,Finance - Eletson HQ <paschalis.radopoulos@eletson.com>,Shawn Huang <shawn.huang@ofi.com.hk>,Thomas Xing <thomas.xing@ofi.com.hk>,Zeng De Yuan <zeng.deyuan@ofi.com.hk>,Raina Jia <raina.jia@ofi.com.hk>,"zheng.dong@coscoshipping.com" <zheng.dong@coscoshipping.com>,"ye.kaiming@coscoshipping.com" <ye.kaiming@coscoshipping.com>,"bu.lihuan@coscoshipping.com" <bu.lihuan@coscoshipping.com>,"huang . wei2" <huang.wei2@coscoshipping.com>,"chen . chuying" <chen.chuying@coscoshipping.com>,Wayne Liu <wayne.liu@ofi.com.hk>
**Date:** Mon, 18/May/2020 09:43:44 (UTC: +03:00)
**Subject:** RE: Eletson Charter Hire Payment ** MSG#:<2626572>
**Attachments(2):** Folegandros handling charge Invoice NO.3.pdf, Kastelorizo handling charge Invoice NO.3.pdf

Dear Peter,

Hope this email finds you well.

Regarding your previous email, please kindly note that we just completed the internal review process for Eletson's application for further extending M/V Folegandros and M/V Kastelorizo's charterhire payment in arrear for another SIX(6) months. And OFI will officially approve and send you the written confirmation for further extension subject to receiving your US12,000/vessel handling charge.

Considering above, we hereby atttached the invoices for Eletson's remittance. Due to the tight schedule, your soonest action is required.

OFI and the owners reserve all rights under existing charterparties and project related document.

Thanks and best regards.

李 耿/LI Geng, Josh

Direct Line: 852-2902 1349

Cell Phone: 852-9053 0369 / 86-152 1795 8812

E-mail: li.geng@coscoshipping.com
　　　　josh.li@ofi.com.hk

**From:** CFO - Eletson HQ <peter.kanelos@eletson.com>
**Sent:** 2020年4月28日星期二 下午10:58
**To:** Josh Li <josh.li@ofi.com.hk>
**Cc:** vassilis.kertsikoff@eletson.com; Elena.Tzarouchi@eletson.com
**Subject:** Eletson Charter Hire Payment ** MSG#:<2626572>

> **Message Number:** 2626572
>
> **From:** peter.kanelos@eletson.com
> **To:** Li Josh//OFI (josh.li@ofi.com.hk)
> **Cc:** Kertsikoff Vassilis (VEK) (vassilis.kertsikoff@eletson.com), Tzarouchi Elena (ETT) (Elena.Tzarouchi@eletson.com)
> **Sent:** Tuesday, Apr 28, 2020 17:58 (UTC +03:00)
> **Subject:** Eletson Charter Hire Payment

Dear Josh,

I hope you and the team are all well and keeping healthy.

I would like to request a six month extension of our extended payment terms for the monthly charterhire. As we have worked through negotiations with the bondholders cash was strained due to legal and advisory fees. Will make sure to keep you informed of our progress.

We greatly appreciate the patience and support of our friends at OFI. Thank you.

Kind regards,

Peter


**Peter Kanelos**

**Chief Financial Officer**
Eletson Corporation
118 Kolokotroni Street
Piraeus, Greece  18535
tel:        +30 210 45 98 161
mobile:  +30 6943 905 466
fax:        +30 210 42 82 320

!Please consider the environment before printing this e-mail!
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed.  It should be considered as privileged, confidential and protected from disclosure. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.




************************************************************************
The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs. Please consider the environment before printing this e-mail!

********************************************************************

The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs. Please consider the environment before printing this e-mail!