# EXHIBIT H

**Colarossi, Alice D.**

| | |
|---|---|
| **From:** | 黄 伟 <huang.wei2@coscoshipping.com> |
| **Sent:** | Wednesday, December 9, 2020 1:27 AM |
| **To:** | lascarina.karastamati; peter.kanelos@eletson.com; finance; management@eletson.com |
| **Cc:** | xu.ying; 郑东; wang.fan; ye.kaiming@coscoshipping.com; Bu Lihuan; josh.li@ofi.com; thomas.xing@ofi.com.hk; shawn.huang@ofi.com.hk |
| **Subject:** | Re: FW: Cosco Deposit Shortfall  ** MSG#:<2758909> |
| **Importance:** | High |

Dear Eletson team,

Owners hereby confirm to receive below payments.

Without prejudice owners any rights under BBC, we hereby confirm your request for the unpaid charter hire from the balance of deposit and total deposits for 2 vessels (USD 980,000.00) shall be replenished by the Charterers no later than 30 Jun 2021.

Owners repeat that we reject any and all other Charterers' proposals which Charterers attempt to defer and/or reduce any of Charterers' payment obligations under the Charters.

Acceptance of late and or partial payment of the Outstanding Hire Instalments plus interest is not be taken or construed as a waiver by the Owners of their right to receive payment punctually or any other rights in accordance with the Charters.

Owners reserve all rights to take any further actions.

Tks N B.rgds
Great

---

黄伟/GREAT
**东方富利有限公司**
Oriental Fleet International Co., Limited
**中远海运发展股份有限公司/航运租赁事业部//资产运营与管理部**
COSCO Shipping development  Co., Ltd , ship leasing division ,
Assets operation and management dept.
**上海市虹口区杨树浦路188号2号楼10层**
10TH Floor, Building 2,No.188 ,Yangshupu road,
Hongkou district,Shanghai.
Tel: 86-21-65966828
E-Mail:huang.wei2@coscoshipping.com

---

**From:** Management - Eletson HQ
**Date:** 2020-11-30 19:45
**To:** bu.lihuan@coscoshipping.com; huang.wei2@coscoshipping.com; josh.li@ofi.com; zheng.dong@coscoshipping.com
**CC:** finance@eletson.com; peter.kanelos@eletson.com; management@eletson.com
**Subject:** FW: Cosco Deposit Shortfall ** MSG#:<2758909>

| Message Number: 2758909 |
|---|
| **From:** lascarina.karastamati@eletson.com |
| **To:** bu.lihuan@coscoshipping.com, huang.wei2@coscoshipping.com, josh.li@ofi.com, zheng.dong@coscoshipping.com |
| **Cc:** finance@eletson.com, peter.kanelos@eletson.com, management@eletson.com |
| **Sent:** Monday, Nov 30, 2020 13:45 (UTC +02:00) |
| **Subject:** FW: Cosco Deposit Shortfall |
| **Attachments:** Cosco Deposit Shortfall.xlsx |

Dear Mr Huang,

Apologies for any confusion, we kindly request the shortfall from the November payment be covered by the remaining amount in your deposit account combined with an additional $82,239 sent on November 18. We will replenish all amounts removed from the deposit account by June 30, 2021. Thank you.

Best regards,
Lascarina Karastamati.

_____Original Message_____

| **Message: 12154859** |
|---|
| **From:** Management - Eletson HQ <lascarina.karastamati@eletson.com> |
| **To:** bu.lihuan@coscoshipping.com,huang.wei2@coscoshipping.com,josh.li@ofi.com,zheng.dong@coscoshipping.com |
| **Cc:** finance@eletson.com,finance@eletson.com,management@eletson.com |
| **Date:** Fri, 27/Nov/2020 13:56:01 (UTC: +02:00) |
| **Subject:** Cosco Deposit Shortfall ** MSG#:<2757828> |
| **Attachments(1):** Cosco Deposit Shortfall.xlsx |

| Message Number: 2757828 |
|---|
| **From:** lascarina.karastamati@eletson.com |
| **To:** bu.lihuan@coscoshipping.com, huang.wei2@coscoshipping.com, josh.li@ofi.com, zheng.dong@coscoshipping.com |
| **Cc:** finance@eletson.com, peter.kanelos@eletson.com, management@eletson.com |
| **Sent:** Friday, Nov 27, 2020 13:55 (UTC +02:00) |
| **Subject:** Cosco Deposit Shortfall |
| **Attachments:** Cosco Deposit Shortfall.xlsx |

Dear Mr Huang,

As mentioned by our Finance Dept below, we kindly request the shortfall from the November payment be covered by the remaining pledge account funds combined with an additional $82,239 sent on November 18. Thank you.

Best regards,
Lascarina Karastamati.

| **Message: 12151629** |
|---|
| **From:** Finance - Eletson HQ <paschalis.radopoulos@eletson.com> |
| **To:** bu.lihuan@coscoshipping.com,huang.wei2@coscoshipping.com,josh.li@ofi.com.hk,zheng.dong@coscoshipping.com |
| **Cc:** finance@eletson.com,peter.kanelos@eletson.com,management@eletson.com |
| **Date:** Thu, 26/Nov/2020 12:55:41 (UTC: +02:00) |
| **Subject:** Cosco Payments ** MSG#:<2757023> |
| **Attachments(1):** Cosco Deposit Shortfall.xlsx |

| | |
|---|---|
| **Message Number:** 2757023 | |
| **From:** paschalis.radopoulos@eletson.com | |
| **To:** bu.lihuan@coscoshipping.com, huang.wei2@coscoshipping.com, josh.li@ofi.com.hk, zheng.dong@coscoshipping.com | |
| **Cc:** Finance Dept//ELETSON CORPORATION (finance@eletson.com), peter.kanelos@eletson.com, management@eletson.com | |
| **Sent:** Thursday, Nov 26, 2020 12:55 (UTC +02:00) | |
| **Subject:** Cosco Payments | |
| **Attachments:** Cosco Deposit Shortfall.xlsx | |

Dear Mr Huang,

Kindly be informed following amounts have been paid to Cosco:

09/11/2020 the amount of USD 225,225 corresponding to 30% of the October Hire for Kastelorizo & Folegandros
12/11/2020 the amount of USD 113,672 corresponding to 30% of the November Hire for Folegandros
16/11/2020 the amount of USD 113,860 corresponding to 30% of the November Hire for Kastelorizo

The unpaid balance of USD 1,062,239 (incl default interest) was funded from the pledge account amounting USD 980,000

On 18/11 we paid the amount of USD 82,239 to fund the shortfall on the pledge account. Thus October and November charter Hires have been covered in full.


Paschalis Radopoulos
Finance Department

******************************************************************************

The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs.
Please consider the environment before printing this e-mail!


******************************************************************************

The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs.
Please consider the environment before printing this e-mail!


******************************************************************************

The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs.
Please consider the environment before printing this e-mail!

****************************************************************************

The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs.
Please consider the environment before printing this e-mail!

****************************************************************************

The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs.
Please consider the environment before printing this e-mail!