# EXHIBIT K

**Colarossi, Alice  D.**

| | |
|---|---|
| **From:** | 黄 伟 <huang.wei2@coscoshipping.com> |
| **Sent:** | Sunday, December 13, 2020 9:43 PM |
| **To:** | Finance - Eletson HQ; finance; peter.kanelos@eletson.com; josh.li@ofi.com.hk; thomas.xing@ofi.com.hk |
| **Cc:** | xu.ying; 郑东; ye.kaiming@coscoshipping.com; Bu Lihuan |
| **Subject:** | Re: Folegandros C/H Payment ** MSG#:<2767326> |
| | |
| **Importance:** | High |

Dear Eletson team,

Owners hereby confirm to receive the payment of USD 111906.69, which is just only partial payment of the outstanding 21st C/H statements in respect of the vessels Folegandros ,
Charterers are urgently requested to arrange the balance of the above C/H (USD 261512.51) ASAP.

The charterers hirepayment status as following is for your information.

| Vessel | No. | Item | USD | Due date | Remarks |
|---|---|---|---|---|---|
| Folegandros | NO.21 | charterhire | 373,419.20 | 2020/12/11 | Received payments of USD111906.69, Balan USD261512.51 is unreceived  by owners unt |
| Folegandros | NO.22 | charterhire | 377,407.46 | 2020/12/12 | |
| Folegandros | NO.20 | Default interests | 693.53 | 2020/12/12 | |
| Kastelorizo | NO.22 | charterhire | 374,037.85 | 2020/12/13 | Unreceived  by owners until now |
| Kastelorizo | NO.23 | charterhire | 377,996.63 | 2020/12/14 | |
| Kastelorizo | NO.21 | Default interests | 496.26 | 2020/12/14 | |

Please make the full payment as above to us immediately without any further delays.

Owners reserve all rights to take any further actions.

Tks N B.rgds
Great

---

黄伟/GREAT
**东方富利有限公司**
Oriental Fleet International Co., Limited
**中远海运发展股份有限公司/航运租赁事业部//资产运营与管理部**
COSCO Shipping development  Co., Ltd，ship leasing division，
Assets operation and management dept.
**上海市虹口区杨树浦路188号2号楼10层**
10TH Floor, Building 2,No.188 ,Yangshupu road,
Hongkou district,Shanghai.
Tel: 86-21-65966828
E-Mail:huang.wei2@coscoshipping.com

**From:** Finance - Eletson HQ
**Date:** 2020-12-12 00:24
**To:** huang.wei2@coscoshipping.com; bu.lihuan@coscoshipping.com; josh.li@ofi.com.hk; peter.kanelos@eletson.com
**CC:** finance@eletson.com
**Subject:** Folegandros C/H Payment ** MSG#:<2767326>

| |
|---|
| **Message Number:** 2767326 |
| **From:** paschalis.radopoulos@eletson.com |
| **To:** huang.wei2@coscoshipping.com, bu.lihuan@coscoshipping.com, josh.li@ofi.com.hk, Kanelos Peter (PGK) (peter.kanelos@eletson.com) |
| **Cc:** finance@eletson.com |
| **Sent:** Friday, Dec 11, 2020 18:24 (UTC +02:00) |
| **Subject:** Folegandros C/H Payment |
| **Attachments:** Folegandros Swift.PDF |

Dear All,

  Attached you may find today's payment of 30% Folegandros C/H. Please apply the amount towards interest.

Paschalis Radopoulos
Finance Department


****************************************************************************

The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs.
Please consider the environment before printing this e-mail!