# EXHIBIT L

**Colarossi, Alice D.**

| | |
|---|---|
| **From:** | Josh Li <josh.li@ofi.com.hk> |
| **Sent:** | Monday, December 28, 2020 5:07 AM |
| **To:** | management@eletson.com; Finance - Eletson HQ; peter.kanelos@eletson.com |
| **Cc:** | finance@eletson.com; ye.kaiming@coscoshipping.com; bu.lihuan@coscoshipping.com; xu.ying@coscoshipping.com; vassilis.kertsikoff@eletson.com; Vasilis.Hadjieleftheriadis; lascarina.karastamati@eletson.com; Tiana Tian; zheng.dong@coscoshipping.com |
| **Subject:** | =URGENT= M/V Folegandros & M/V Kastelorizo C/H Payment |
| **Importance:** | High |

Dear Eletson team,

Without prejudice.

Owners only received partial payment of the outstanding charterhire for M/V Folegandros (21st hire) and M/V Kastelorizo (22nd hire). Please note that owners **DO NOT** accept any delayed and/or partial hire payment.

Charterers are urgently requested to arrange the balance/outstanding charterhire **ASAP**.

The outstanding hires is listed as follow is for your **SOONEST** payment arrangement:-

| **Vessel** | **No.** | **Item** | **USD** | **Due date** | **Remarks** |
|---|---|---|---|---|---|
| Folegandros | NO.21 | charterhire | 373,419.20 | 2020/12/11 | Partially received |
| Folegandros | NO.22 | charterhire | 377,407.46 | 2020/12/12 | Not received |
| Kastelorizo | NO.22 | charterhire | 374,037.85 | 2020/12/13 | Partially received |
| Kastelorizo | NO.23 | charterhire | 377,996.63 | 2020/12/14 | Not received |

Please make **FULL** payment **IMMEDIATELY** without any further delays.

Owners reserve all rights to take further actions.

李 耿/LI Geng, Josh

Direct Line: 852-2902 1349

Cell Phone: 852-9053 0369 / 86-152 1795 8812

E-mail: li.geng@coscoshipping.com
      josh.li@ofi.com.hk

发件人：Finance - Eletson HQ <paschalis.radopoulos@eletson.com>
发送时间：2020年12月18日星期五 下午6:41
收件人: bu.lihuan@coscoshipping.com; peter.kanelos@eletson.com
抄送: finance@eletson.com; huang.wei2@coscoshipping.com; Josh Li <josh.li@ofi.com.hk>;

ye.kaiming@coscoshipping.com

主题: Kastelorizo C/H Payment ** MSG#:<2771550>

**Message Number:** 2771550

**From:** paschalis.radopoulos@eletson.com
**To:** bu.lihuan@coscoshipping.com, peter.kanelos@eletson.com
**Cc:** finance@eletson.com, huang.wei2@coscoshipping.com, josh.li@ofi.com.hk, ye.kaiming@coscoshipping.com
**Sent:** Friday, Dec 18, 2020 12:40 (UTC +02:00)
**Subject:** Kastelorizo C/H Payment

Dear Mr Lihuan,

The Kastelorizo payment consists of the below amounts:

30% of Kastelorizo revised C/H N.22 :     112,211.36
Kastelorizo default interest :                       496.26
Folegandros default interest :                     693.53
Balance of Folegandros revised C/H N.21 :      91.37
                                                                  113,492.52

*All amounts are in USD


_____Original Message_____

**Message: 12210078**

**From:** "bu.lihuan@coscoshipping.com" <bu.lihuan@coscoshipping.com>
**To:** Finance - Eletson HQ <paschalis.radopoulos@eletson.com>
**Cc:** "peter . kanelos" <peter.kanelos@eletson.com>,finance <finance@eletson.com>,"huang . wei2" <huang.wei2@coscoshipping.com>,"josh . li" <josh.li@ofi.com.hk>,"ye . kaiming" <ye.kaiming@coscoshipping.com>
**Date:** Fri, 18/Dec/2020 10:23:10 (UTC: +02:00)
**Subject:** Re: Kastelorizo C/H Payment ** MSG#:<2769347>


Dear Paschalis,

Good day.

We have received your payment with amount **USD113464.82** dated on 17th,Dec, please help to clarify the content of this payment.

Hope to hear from you soon.

_____

Best regards,

卜丽欢 / BU LIHUAN

COSCO Shipping development  Co., Ltd,ship leasing division,

Asset Operation & Managment dept.

10th  Floor, Building 2,No.188 ,Yangshupu road, Hongkou district,Shanghai.

Tel: 86-021-65968645

Cell:86-18817295865

E-mail:bu.lihuan@coscoshipping.com

---

**From:** Finance - Eletson HQ
**Date:** 2020-12-15 23:32
**To:** huang.wei2@coscoshipping.com; bu.lihuan@coscoshipping.com; josh.li@ofi.com.hk; peter.kanelos@eletson.com
**CC:** finance@eletson.com
**Subject:** Kastelorizo C/H Payment ** MSG#:<2769347>

> **Message Number:** 2769347
>
> **From:** paschalis.radopoulos@eletson.com
> **To:** huang.wei2@coscoshipping.com, bu.lihuan@coscoshipping.com, josh.li@ofi.com.hk, Kanelos Peter (PGK)//ELETSON CORPORATION (peter.kanelos@eletson.com)
> **Cc:** finance@eletson.com
> **Sent:** Tuesday, Dec 15, 2020 17:32 (UTC +02:00)
> **Subject:** Kastelorizo C/H Payment

Dear All,

Kindly be advised that we executed today the 30% of Kastelorizo C/H. Please apply the amount towards interest.

Paschalis Radopoulos
Finance Department

**************************************************************************
The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs.
Please consider the environment before printing this e-mail!

**************************************************************************
The information contained in this message is intended only for the recipient, is privileged and confidential and protected from disclosure. If you are not an intended recipient, please notify the sender and delete all copies. We implement technical and organizational measures aiming at the protection of personal data on the basis of requirements and standards set by applicable data protection laws, including the GDPR. The content and attachments of the message are checked by anti-virus programs.
Please consider the environment before printing this e-mail!