

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Oriental Fleet Tanker 02 Limited | 4:21-cv-00249  4:2021-cv-00249 |
| DEFENDANT | TYPE OF PROCESS |
| M/V FOLEGANDROS; its engines, boilers, tackle, furniture, apparel, etc., in rem, et al. | Maritime arrest / complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Master of M/V FOLEGANDROS  imo 9800568

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Galveston Pier 9, Galveston, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

J. James Cooper of Reed Smith LLP
811 Main Street, Suite 1700
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED
FEB 01 2021
Nathan Ochsner, Clerk of Court

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Map of Current Vessel Location Attached

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 713-898-0009
DATE: 1/26/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 79
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk
Date: 1/26/2021

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Captain Manthos Thalassinos Stavros

Date: 1-26-21
Time: 1700 ☒ pm

Address (complete only if different than shown above):
0103838

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 01/21