# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Oriental Fleet Tanker 02 Limited | 4:21-cv-00249  4:21-cv-00249 |
| DEFENDANT | TYPE OF PROCESS |
| M/V FOLEGANDROS, its engines, boilers, tackle, furniture, apparel, etc., in rem, et al. | Maritime arrest / complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V FOLEGANDROS  imo 9800568

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Galveston Pier 9, Galveston, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

J. James Cooper of Reed Smith LLP
811 Main Street, Suite 1700
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED
FEB - 1 2021
Nathan Ochsner, Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Map of Current Vessel Location Attached

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 713-898-0009
DATE: 1/26/2021

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

Total Process: 1
District of Origin No. 79
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk
Date: 1/26/2020

[X] I hereby certify and return that I have personally served...

Name and title of individual served (if not shown above):
Captain Manthos Thalassinos Stavros  0103838
Date: 1-26-21
Time: 1700 pm

Signature of U.S. Marshal or Deputy: William [signature]

## REMARKS

Arrest warrant, issuance of arrest warrant, and complaint were posted/attached to the vessel's wheelhouse. (See attached USM-102 form)

Form USM-285
Rev 0 21

U.S. Department of Justice
United States Marshals Service



# UNITED STATES MARSHALS SERVICE
Southern    DISTRICT OF   Texas

# SEIZED PROPERTY AND EVIDENCE CONTROL

**RECEIVED FROM (Name and address)**
DUSM William Groth                              601 Rosenberg ROOM 502, Galveston, Texas 77550

**CASE NO.** 4:21-cv-249

**CASE TITLE** Oriental Fleet Tanker 02 Limited vs M/T FOLEGANDROS IMO# 9800568

**SUBJECT (Name, address)**
M/T KANPUR IMO# 9299771 Seaway -Freeport Marine Terminal #3, Old Quintana, Freeport, TX 77541

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | Registry Number:9800568  Name: FOLEGANDRO | Galveston, TX |
|  |  | Date Built:  2019 |  |
|  |  | Length of Ship: 250m x 44m |  |
|  |  | Gross Tons: 62508 |  |
|  |  | Place of Dockage: Galveston, TX |  |
|  |  | Guard/Keeper Service: |  |
|  |  | Guard/Keeper Name & phone: |  |
|  |  | Substitute Custodian: |  |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| Eriton Lewis DUSM | U.S. Marshals Service | 1/24/21 | on file |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 |  | NAME & AGENCY: William Groth USMS  SIGNATURE: William Groth | NAME & AGENCY: Travis R. Davies  SIGNATURE: | Sub. Custodian or Keeper |
|  |  | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE |  |
|  |  | NAME & AGENCY  SIGNATURE | NAME & AGENCY  SIGNATURE |  |

(Continued)

*(Prior Editions are Obsolete and not to be used)*

Form USM-102
Rev. 04/78